**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF WEST VIRGINIA**

**BRIAN EDMOND,**

        **Plaintiff,**

**v.**                                             **Civil Action No. 2:05cv41**

**DOCTOR DORIS WILLIAMS;
PHYSICIAN ASSISTANT MARY BETH LICHTY;
HEALTH SERVICE ADMINISTRATOR JANET BUNTS;
WARDEN K.J. WENDT;
K.M. WHITE, Regional Director; and
HARRELL WATTS, Administrator National Inmate Appeals,**

        **Defendants.**

## <u>ORDER</u>

It will be recalled that on September 16, 2005, Magistrate Judge Kaull filed his

Report and Recommendation, wherein the Plaintiff was directed, in accordance with 28

U.S.C. § 636(b)(1), to file with the Clerk of Court any written objections within ten (10)

days after being served with a copy of the Report and Recommendation.  No objections

to the Magistrate Judge's Report and Recommendation have been filed.

Upon examination of the report from the Magistrate Judge, it appears to the

Court that the issues raised by the Plaintiff in his Complaint, brought pursuant to <u>Bivens</u>

<u>v. Six Unknown Agents of Fed. Bureau of Narcotics</u>, 403 U.S. 388 (1971), wherein

Plaintiff alleges that the Defendants violated his Eight Amendment rights by denying him

medical care for a chronic shoulder condition, were thoroughly considered by Magistrate

Judge Kaull in his Report and Recommendation.  Moreover, the Court, upon an

independent <u>de</u> <u>novo</u> consideration of all matters now before it, is of the opinion that the

Report and Recommendation accurately reflects the law applicable to the facts and

circumstances before the Court in this action.  Therefore, it is

**ORDERED** that Magistrate Judge Kaull's Report and Recommendation be, and the same hereby is, accepted in whole and that this civil action be disposed of in accordance with the recommendation of the Magistrate Judge.  Accordingly, it is

**ORDERED** that the Plaintiff's Complaint  be, and the same hereby is, **DISMISSED** pursuant to 28 U.S.C. §§1915 and 1915A for failure to state a claim.  It is further

**ORDERED** that the above-styled action shall be **STRICKEN** from the docket of this Court.  It is further

**ORDERED** that the Clerk shall enter judgment for the Defendant.  It is further

**ORDERED** that, if Plaintiff should desire to appeal the decision of this Court, written notice of appeal must be received by the Clerk of this Court within thirty (30) days from the date of the entry of the Judgment Order, pursuant to Rule 4 of the Federal Rules of Appellate Procedure.  The $5.00 filing fee for the notice of appeal and the $250.00 docketing fee should also be submitted with the notice of appeal.  In the alternative, at the time the notice of appeal is submitted, Plaintiff may, in accordance with the provisions of Rule 24(a) of the Federal Rules of Appellate Procedure, seek leave to proceed in forma pauperis from the United States Court of Appeals for the Fourth Circuit.

**ENTER**: November 8th , 2005

_____**/s/ Robert E. Maxwell**_____
United States District Judge